IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE MARIE BACA,

        Plaintiff,

v.                                                                           No. CV 21-1230 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Christine Marie Baca's *Unopposed Motion for Extension of Time to File Briefs* (the "Motion"), (Doc. 18), filed June 15, 2022. In the Motion, Ms. Baca explains that "due to catching up [on] current workloads post-COVID illness" her counsel needs additional time to complete her opening brief. (Doc. 18 at 1). She therefore requests that the Court grant her an additional thirty days. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **July 13, 2022**, to serve her Motion to Reverse or Remand; Defendant through **September 15, 2022**, to serve her Response; and Plaintiff through **September 29, 2022**, to serve her Reply.

**IT IS SO ORDERED**.

                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.