IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE MARIE BACA,

        Plaintiff,

v.   No. CV 21-1230 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon review of the record. Plaintiff was instructed to file a Motion to Reverse or Remand no later than July 13, 2022. (Doc. 19). To date, Plaintiff has not filed a Motion to Reverse or Remand.

**IT IS THEREFORE ORDERED** that Plaintiff will show cause no later than **July 26, 2022**, as to why this case should not be dismissed for want of prosecution. Failure to respond to this Order may result in dismissal of this case without further notice.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.