IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE MARIE BACA,

        Plaintiff,

v.                                                                                                    No. CV 21-1230 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

**ORDER QUASHING ORDER TO SHOW CAUSE**

**THIS MATTER** is before the Court on the Court's *Order to Show Cause* (the "Order"), (Doc. 20), filed July 19, 2022; Plaintiff Christine Marie Baca's *Response to Order to Show Cause* (the "Response"), (Doc. 21), filed July 26, 2022; and her *Unopposed Motion for Extension of Time to File Briefs* (the "Motion"), (Doc. 22), filed July 26, 2022. The Court ordered Ms. Baca to show cause why this case should not be dismissed for want of prosecution. (Doc. 20). In her Response, Ms. Baca's counsel explains that her lateness in filing is explained by her law office, her family and herself becoming ill with COVID-19. (Doc. 21 at 2). The Court finds this to be good cause and will therefore quash its Order. In her Motion, Ms. Baca explains that her counsel is still suffering from "residual effects from COVID-19 illness," and requests that the briefing deadlines be extended accordingly. (Doc. 22 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 20),

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

filed July 19, 2022, is hereby **QUASHED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted through **August 5, 2022**, to serve her Motion to Reverse or Remand; Defendant through **October 5, 2022**, to serve her Response; and Plaintiff through **October 12, 2022**, to serve her Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE